UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ADAM J. PRUDHOMME,**

    **Plaintiff,**

v.                                    Case No. 3:24cv90-TKW-HTC

**MICHLES & BOOTH PA, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 4). No objections were filed.[1]

Upon due consideration of the R&R the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice for lack of subject-matter jurisdiction. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

---

[1] Plaintiff filed several motions after the R&R was issued, but those motions do not mention the R&R or take issue with any of its analysis.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 1st day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**